

**SEALED**

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  LAUREN M. IBANEZ
4  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  Lauren.Ibanez@usdoj.gov
7  *Attorneys for the United States*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 18 2025

CLERK US DISTRICT
DISTRICT

BY:

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICMENT |
| Plaintiff, | |
| vs. | Case No.: 2:25-cr-0062-CDS-BNW |
| TY'SHAUN MEEKS, | **VIOLATIONS:** |
| Defendants. | 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) – Unlawful Transfer or Possession of a Machinegun |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) – Distribution of a Controlled Substance (Fentanyl) |

**THE GRAND JURY CHARGES THAT:**

1

## COUNT ONE
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*

Beginning on or about October 4, 2024, and continuing up to and including on or about December 20, 2024, in the State and Federal District of Nevada,

**TY'SHAUN MEEKS,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms that is, the defendant sold firearms and machine gun conversion devices, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
*Unlawful Transfer or Possession of a Machinegun*

On or about October 10, 2024, in the State and Federal District of Nevada,

**TY'SHAUN MEEKS,**

defendant herein, did knowingly possess and transfer machineguns, to wit: machinegun conversion devices (MCD's) used to modify a semi-automatic firearm to fire fully automatic weapons, enabling a firearm to shoot more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE
*Distribution of a Controlled Substance (Fentanyl)*

On or about December 20, 2024, in the State and Federal District of Nevada,

**TY'SHAUN MEEKS,**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

DATED: this 18th day of March, 2025.

A TRUE BILL:

                                                /S/
                                FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

_[signature]_

LAUREN M. IBANEZ
Assistant United States Attorney