**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TY'SHAUN MEEKS,<br><br>    Defendant. | Case No. 2:25-cr-00062-CDS-BNW<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Revocation of Pretrial Release Hearing (ECF No. 26) is GRANTED.

IT IS FURTHER ORDERED that the pretrial release revocation hearing currently scheduled for August 12, 2025 at 11:00 a.m., be vacated and continued to October 1, 2025 at the hour of 10:00 a.m. in Courtroom 3D.

DATED this 23rd day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE