UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TY'SHAUN MEEKS,<br><br>Defendant. | Case No. 2:25-cr-00062-CDS-BNW<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Revocation of Pretrial Release Hearing (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that the pretrial release revocation hearing currently scheduled for December 1, 2025 at 10:00 a.m., be vacated and continued to February 10, 2026 at the hour of 10:00 a.m. in Courtroom 3D.

DATED this 25th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE