**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>TY'SHAUN MEEKS,<br><br>      Defendant. | Case No. 2:25-cr-00062-CDS-BNW<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Revocation of Pretrial Release Hearing (ECF No. 38) is GRANTED.

IT IS FURTHER ORDERED that the pretrial release revocation hearing currently scheduled for February 10, 2026 at 10:00 a.m., is vacated and continued to April 22, 2026 at the hour of 10:00 a.m. in Courtroom 3D.

DATED this 27th day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3