**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00062-CDS-BNW-1 |
| Plaintiff | **Order Approving Stipulation to Continue Sentencing Hearing** |
| v. | [ECF No. 50] |
| TY'SHAUN MEEKS, | |
| Defendant | |

Based on the parties' stipulation, it is ordered that the sentencing hearing currently scheduled for June 1, 2026 at 10:00 a.m., is vacated and continued to September 1, 2026 at 10:00 a.m. in courtroom 6B.

Dated: May 4, 2026

_____
UNITED STATES DISTRICT JUDGE